LONGYEAR, O'DEA & LAVRA, LLP
Van Longyear, CSB No.: 84189
Nicole M. Cahill, CSB No.: 287165
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| SEMAJ HOWARD, <br><br> Plaintiff, <br><br> vs. <br><br> DEPUTY CHRISTOPHER BARNEY, DEPUTY NATHAN DANIEL, DEPUTY YIANNI ATHENS, SGT. AARON HAYDEL, DEPUTY ROBERT RANUM, DEPUTY ULISES DOMINGUEZ, SGT. DAVID SMOLICH, DEPUTY KENDAL CHAPLIN, DEPUTY ROMAN YAROSHUK, DEPUTY TRAVIS MONAHAN, DEPUTY VICTOR ALEJANDRE, SGT. MARK LOPEZ, DEPUTY MATTHEW BLANCO, DEPUTY DYLAN BLACK, DPUTY HANCOCK, SGT. BRIAN PREHODA, DEPUTY RIVERA, SGT. BRIAN ELMORE, DEPUTY ROBERTS, SGT. DONNA COX, DEPUTY BATES, DEPUTY KEVIN LLOYD, DEPUTY THOMAS PURSER, SGT. MICHAEL ROGERS, DEPUTY KING, DEPUTY TRAVIS AHLERS AND DEPUTY CHRISTOPHER MORROW, in their individual capacities, <br><br> Defendants. | Case No.: 2:17-cv-01807-JAM-DB <br><br> **ORDER RE STIPULATION FOR DEFENDANTS' FILING OF RESPONSIVE PLEADING** |

By stipulation of the parties and good cause appearing, it is hereby ordered that:

1. Defendants shall file a responsive pleading on or before January 31, 2018.

Dated: January 10, 2018          /s/ John A. Mendez
                                  HONORABLE JOHN A. MENDEZ
                                  JUDGE OF THE U.S. DISTRICT COURT
                                  EASTERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER RE STIPULATION FOR DEFENDANTS' FILING OF RESPONSIVE PLEADING - 1