UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMAJ HOWARD,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT RANUM, et al.,<br><br>    Defendants. | No.  2:17-cv-1807 JAM DB<br><br><br>ORDER |

Plaintiff Semaj Howard is proceeding in this action pro se.  This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  On September 11, 2019, following a civil jury trial, a jury returned a verdict in this action in favor of the defendants. (ECF No. 65.)  Judgment in defendants' favor was entered on September 13, 2019. (ECF No. 66.)  On January 13, 2020, plaintiff filed a notice of appeal.  (ECF No. 70.)

On March 2, 2022, plaintiff filed a document styled "Request for time Extension" and "Case Update."  (ECF No. 90.)  The document, however, appears to have been intended for the "United States Court of Appeals for the Ninth Circuit."  (Id. at 1.)  The filing also refers to a "brief" plaintiff was "ordered" to file by February 28, 2022.  (Id.)  Because this matter is on appeal, this court did not order plaintiff to file anything.  The filing also refers to a "ruling 'denial' of counsel," which again, this court did not issue.  (Id.)

////

1

1 In this regard, it appears plaintiff may have filed this document in the wrong court. The
2 motion will be denied without prejudice to renewal.
3 Accordingly, IT IS HEREBY ORDERED that plaintiff's March 2, 2022 motion for an
4 extension of time (ECF No. 90) is denied without prejudice.
5 Dated: March 18, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/Selma1807.eot.clar.ord